**Victor ROJAS, Plaintiff–Appellant**

v.

**Ginnie KIRKPATRICK, In Her Official and Individual Capacities; Clayton Kleen, In His Official and Individual Capacities; J.P. Wilson, In His Official and Individual Capacities; Cheryl Pounds, In Her Official and Individual Capacities; Gary Boshears, In His Official and Individual Capacities, Defendants–Appellees.**

No. 15–51119
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 15, 2016.

Victor Rojas, Granite Shoals, TX, pro se.

Mike Thompson, Jr., Esq., Archie Carl Pierce, Esq., Wright & Greenhill, Austin, TX, for Defendants–Appellees.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

Affirmed. See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be